# Third District Court of Appeal

## State of Florida

Opinion filed December 1, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

Nos. 3D20-0486 & 3D20-1016
Lower Tribunal No. 16-22065

————————

**Maynor Mendoza, et al.,**
Appellants,

vs.

**Heritage Property & Casualty Insurance Company,**
Appellee.


Appeals from the Circuit Court for Miami-Dade County, Alexander Bokor, Judge.

Giasi Law, P.A., and Melissa A. Giasi, and Erin M. Berger (Tampa), for appellants.

Butler Weihmuller Katz Craig LLP, and Scott J. Frank (Tampa), for appellee.


Before EMAS, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.